THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAPPINESS CANDY STORES, INC., v. JAMES J. SEXTON and Others, etc. (Taxes of 1932.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAPPINESS CANDY STORES, INC., v. JAMES J. SEXTON and Others, etc. (Taxes of 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAPPINESS CANDY STORES, INC., v. WILLIAM STANLEY MILLER and Others, etc. (Taxes of 1934.) — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

EMIL BECKER, as Executor, etc.. v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ASSOCIATED FLOUR HAULERS & WAREHOUSEMEN, INC., v. NAT HOFFMAN, as President, etc., and Others, Impleaded with TRIBOROUGH TRANSPORTATION CORP. — Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 935.] Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

FLYING EAGLE COACH CORPORATION v. THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 812.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

CHARLES PHILLIPS, Suing upon His Own Behalf as a Stockholder of THE CHESAPEAKE & OHIO RAILWAY COMPANY and for the Benefit of All Other Stockholders Similarly Situated Who May Elect to Come in and Contribute to the Expenses of this Action, and CHARLES FALKENBERG, v. J. PIERPONT MORGAN and Others and FRANCIS WARD PAINE and Others and THE CHESAPEAKE & OHIO RAILWAY COMPANY.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 942.] Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CHARLES PHILLIPS, Suing upon His Own Behalf as a Stockholder of THE CHESAPEAKE & OHIO RAILWAY COMPANY and for the Benefit of All Other Stockholders Similarly Situated Who May Elect to Come in and Contribute to the Expenses of this Action, and CHARLES FALKENBERG, v. J. PIERPONT MORGAN and Others, and THE CHESAPEAKE & OHIO RAILWAY COMPANY.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 942.] Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

WALTER B. WALKER v. PAULINO GERLI and Others, and INTERNATIONAL SILK GUILD, INC.— Motion for reargument granted, and upon reargument, the order entered June 16, 1939, dismissing the appeal from an order entered February 2, 1939, vacated, and the order entered February 2, 1939, unanimously modified by eliminating items 1 to 4, inclusive, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. [See ante, p. 936.] Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

## (June 30, 1939.)

SIDNEY GANS, a Stockholder of HEARST CONSOLIDATED PUBLICATIONS, INC., Suing on His Own Behalf and on Behalf of Stockholders Similarly Situated and